ANDREW D. HEROLD, ESQ., SBN 178640
aherold@heroldsagerlaw.com
JOSHUA A. ZLOTLOW, ESQ., SBN 211399
jzlotlow@heroldsagerlaw.com
HEROLD & SAGER
550 Second Street, Suite 200
Encinitas, CA  92024
Telephone:  (760) 487-1047
Facsimile:  (760) 487-1067

Attorneys for Lexington Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut organization,<br><br>Plaintiffs,<br><br>vs.<br><br>LEXINGTON INSURANCE COMPANY, a Delaware corporation; DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.:   2:16-CV-02620-JAM-DB<br><br>**STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING TO INITIAL COMPLAINT (FIRST REQUEST)**<br><br>Complaint served:   November 16, 2016<br>New response date:   December 22, 2016 |

Plaintiff THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT ("Travelers") and Defendant LEXINGTON INSURANCE COMPANY ("Lexington"), hereby submit the following Stipulation to Extend Time to File a Responsive Pleading to Initial Complain in the above-captioned action.

WHEREAS, Plaintiff file a complaint on November 2, 2016 ("Complaint"), in the United States District Court, Eastern District of California as case number 2:16-CV-02620-JAM-DB naming LEXINGTON INSURANCE COMPANY as a defendant;

WHEREAS, on or about November 16, 2016, Plaintiff served Lexington with the complaint through its registered agent for service of process;

///

WHEREAS, the parties have agreed to extend the time for Defendant to file a responsive pleading to the Complaint until December 22, 2016;

NOW, THEREFORE, Plaintiff and Defendant, by and through their respective counsel of record, hereby stipulate to allow for an extension of time for Defendant to file a responsive pleading until December 22, 2016.

DATED:  December 14, 2016                THE AGUILERA LAW GROUP, APLC


By: */s/ Kair M. Myron*
A. ERIC AGUILERA, ESQ.
eaguilera@aguileragroup.com
KARI M. MYRON, ESQ.
kmyron@aguileragroup.com
Attorneys for Plaintiff, THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

DATED:  December 14, 2016                HEROLD & SAGER


By: */s/ Joshua A. Zlotlow*
ANDREW D. HEROLD, ESQ.
aherold@heroldsagerlaw.com
JOSHUA A. ZLOTLOW, ESQ.
jzlotlow@heroldsagerlaw.com
Attorneys for Defendant, LEXINGOTN INSURANCE COMPANY


**IT IS SO ORDERED.**


**DATED:   12/14/2016**                /s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE