ANDREW D. HEROLD, ESQ., SBN 178640
aherold@heroldsagerlaw.com
EMILY G. COTTRELL, ESQ., SBN 239233
ecottrell@heroldsagerlaw.com
HEROLD & SAGER
550 Second Street, Suite 200
Encinitas, CA  92024
Telephone: (760) 487-1047
Facsimile: (760) 487-1067

Attorneys for Lexington Insurance Company

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut organization,<br><br>Plaintiffs,<br><br>vs.<br><br>LEXINGTON INSURANCE COMPANY, a Delaware corporation; DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.:   2:16-CV-02620-JAM-DB<br><br>**STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING TO INITIAL COMPLAINT (SECOND REQUEST)**<br><br>Complaint served:   November 16, 2016<br>New response date:   January 10, 2016 |

Plaintiff THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT ("Plaintiff") and Defendant LEXINGTON INSURANCE COMPANY ("Defendant") (together, Plaintiff and Defendant may be referred to as the "Parties") hereby submit the following Stipulation to Extend Time to File a Responsive Pleading to the Complaint in the above-captioned action.

WHEREAS, Travelers filed a complaint on November 2, 2016 ("Complaint"), in the United States District Court, Eastern District of California as case number 2:16-CV-02620-JAM-DB naming Lexington as the Defendant;

WHEREAS, on or about November 16, 2016, Plaintiff served Defendant with the complaint through its registered agent for service of process;

///

1  WHEREAS, the Parties have agreed to extend the time for Defendant to file a responsive
2  pleading to the Complaint until January 10, 2017;
3  WHEREAS, while the Court has granted one extension to file a responsive pleading until
4  December 22, 2016, certain facts have recently developed which may impact the Parties' positions
5  on the claims at issue in the Complaint and which may lead to early resolution of certain claims in
6  the Complaint;
7  NOW, THEREFORE, Plaintiff and Defendant, by and through their respective counsel of
8  record, hereby stipulate to allow for an extension of time for Defendant to file a responsive pleading
9  until January 10, 2017.

10  DATED:  December 22, 2016            THE AGUILERA LAW GROUP, APLC

12                                      By:  */s/ Kari M. Myron*
13                                           A. ERIC AGUILERA, ESQ.
                                             eaguilera@aguileragroup.com
14                                           Kari M. Myron, ESQ.
                                             kmyron@aguileragroup.com
15                                           Attorneys for Plaintiff, THE TRAVELERS
16                                           INDEMNITY COMPANY OF CONNECTICUT

18  DATED:  December 22, 2016            HEROLD & SAGER

20                                      By:   /s/ Emily G. Cottrell
21                                           ANDREW D. HEROLD, ESQ.
                                             aherold@heroldsagerlaw.com
22                                           EMILY G. COTTRELL, ESQ.
                                             ecottrell@heroldsagerlaw.com
23                                           Attorneys for Defendant, LEXINGTON
24                                           INSURANCE COMPANY

25  **IT IS SO ORDERED.**
26  DATED:   **December 22, 2016**         /s/ JOHN A. MENDEZ
                                           UNITED STATES DISTRICT JUDGE