ANDREW D. HEROLD, ESQ., SBN 178640
aherold@heroldsagerlaw.com
EMILY G. COTTRELL, ESQ., SBN 239233
ecottrell@heroldsagerlaw.com
HEROLD & SAGER
550 Second Street, Suite 200
Encinitas, CA  92024
Telephone: (760) 487-1047
Facsimile: (760) 487-1067

Attorneys for Lexington Insurance Company

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LEXINGTON INSURANCE COMPANY, a Delaware corporation; DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.:  2:16-CV-02620-JAM-DB<br><br>**AMENDED STIPULATION TO EXTEND TIME TO FILE A JOINT STATUS REPORT PURSUANT TO RULE 26(f)**<br><br>Complaint filed:  November 2, 2016 |

  Plaintiff THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT ("Plaintiff" or "Travelers") and Defendant LEXINGTON INSURANCE COMPANY ("Lexington"), hereby submit the following Stipulation to Extend Time to File a Joint Status Report pursuant to Rule 26(f) in the above-captioned action.

  WHEREAS, Plaintiff filed a complaint on November 2, 2016 ("Complaint"), in the United States District Court, Eastern District of California as case number 2:16-CV-02620-JAM-DB naming Lexington as a defendant;

  WHEREAS, on or about November 16, 2016, Plaintiff served Lexington with the Complaint through its registered agent for service of process;

///

///

1
AMENDED STIPULATION TO EXTEND TIME TO FILE JOINT STATUS REPORT  CASE NO.: 2:16-CV-02620-JAM-DB

1  WHEREAS, the parties agreed, and the Court ordered, to extend the time for Lexington to
2  file a responsive pleading to the Complaint until January 10, 2017, and Lexington filed its
3  responsive pleading timely on January 10, 2017;

4  WHEREAS, pursuant to the Court's Order Requiring Joint Status Report, dated November
5  3, 2016, the Court ordered the parties to file a Joint Status Report sixty (60) days after service of the
6  Complaint, which would fall on January 17, 2017, only seven (7) calendar days after the filing of
7  Lexington's responsive pleading;

8  WHEREAS, the parties request a short extension of time to allow the parties to properly
9  meet and confer and prepare a comprehensive Joint Status Report for submission to the Court.

10  NOW THEREFORE, the parties, by and through their respective counsel of record, stipulate
11  and agree as follows:

12  STIPULATION

13  1.  The parties stipulate to, and request a Court order extending the deadline to file a
14  Joint Status Report to February 1, 2017.

15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

| | | |
|---|---|---|
| 1 | DATED: January 13, 2017 | THE AGUILERA LAW GROUP, APLC |
| 2 | | |
| 3 | | By:   /s/   Ha Eun Cho |
| | | A. ERIC AGUILERA, ESQ. |
| 4 | | eaguilera@aguileragroup.com |
| | | KARI M. MYRON, ESQ. |
| 5 | | kmyron@aguileragroup.com |
| | | HA EUN CHO, ESQ. |
| 6 | | hcho@aguileraagroup.com |
| 7 | | Attorneys for Plaintiff, THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT |
| 8 | | |
| 9 | DATED: January 13, 2017 | HEROLD & SAGER |
| 10 | | |
| 11 | | By:   /s/ Emily G. Cottrell |
| | | ANDREW D. HEROLD, ESQ. |
| 12 | | aherold@heroldsagerlaw.com |
| | | EMILY G. COTTRELL, ESQ. |
| 13 | | ecottrell@heroldsagerlaw.com |
| 14 | | Attorneys for Defendant, LEXINGTON INSURANCE COMPANY |

**IT IS SO ORDERED.**

DATED:   **1/17/2017**                              **/s/ John A. Mendez**
                                                              UNITED STATES DISTRICT COURT JUDGE