ANDREW D. HEROLD, ESQ., SBN 178640
aherold@heroldsagerlaw.com
EMILY G. COTTRELL, ESQ., SBN 239233
ecottrell@heroldsagerlaw.com
BENJAMIN J. HAECK, ESQ., SBN. 226463
bhaeck@heroldsagerlaw.com
HEROLD & SAGER
550 Second Street, Suite 200
Encinitas, CA 92024
Telephone: (760) 487-1047
Facsimile: (760) 487-1067

Attorneys for Lexington Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LEXINGTON INSURANCE COMPANY, a Delaware corporation; DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 2:16-CV-02620-JAM-DB<br><br>**STIPULATION TO CONTINUE TRIAL AND TRIAL-RELATED DATES**<br><br>Complaint filed: November 2, 2016 |

Plaintiff THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT ("Travelers") and Defendant LEXINGTON INSURANCE COMPANY ("Lexington") hereby submit the following Stipulation pursuant to FRCP 16(b)(4) to modify the Court's Status (Pre-Trial) Scheduling Order, entered February 2, 2017 (Document 17) and, for good cause shown, to continue trial and all related dates by 90 days.

WHEREAS, on November 2, 2016, Travelers filed this instant action against Lexington, in the United States District Court, Eastern District of California, case number 2:16-CV-02620-JAM-DB (the "Complaint");

WHEREAS, in the Complaint, Travelers sought declaratory relief regarding Lexington's duty to defend and indemnify a common named insured, Montez Glass, in an underlying

construction defect action, *The Regents of the University of California v. Flintco, Inc., et al.*, Superior Court for the State of California, County of Yolo, Case No. CV12-185222 (the "Underlying Action");

WHEREAS, in December 2016, Lexington agreed to defend Montez Glass pursuant to a reservation of rights, and it began contributing to Montez Glass's defense fees and costs;

WHEREAS, in October 2017, Montez Glass was dismissed from the Underlying Action, and in November 2017, the Underlying Action was resolved and dismissed in its entirety;

WHEREAS, given Montez Glass's recent dismissal, its defense fees and costs are not yet finalized. Montez Glass's defense counsel is in the process of closing its file and is expected to issue its final invoice in the next 30-45 days;

WHEREAS, the parties cannot proceed on Travelers' declaratory relief claims until Montez Glass's defense fees and costs are finalized and all defense payments are received;

WHEREAS, for good cause shown, the parties respectfully request a 90-day extension of the June 11, 2018 trial date and all trial and discovery related dates, to allow for Montez Glass's defense fees and costs to become finalized, for defense payments to be issued, and to allow for continued settlement negotiations between the parties; and

WHEREAS, the parties have not requested a prior trial or discovery continuance in this matter, and this request is not due to any delay caused by the parties;

NOW THEREFORE, the parties, by and through their respective counsel of record, stipulate and agree as follows:

## **STIPULATION**

1. The parties stipulate to, and request a Court order continuing the June 11, 2018 trial date and related deadlines as follows:

*///*

*///*

*///*

*///*

*///*

| | | |
|---|---|---|
| 1 | Expert disclosure: | March 9, 2018 |
| 2 | Rebuttal expert disclosure: | March 16, 2018 |
| 3 | Discovery completion date: | April 13, 2018 |
| 4 | Last day to file dispositive motions: | May 29, 2018 |
| 5 | Last day to hear dispositive motions: | June 26, 2018 |
| 6 | Joint pretrial statement filed by: | July 27, 2018 |
| 7 | Pretrial conference: | August 3, 2018 at 11:00 a.m. |
| 8 | Trial: | September 10, 2018 at 9:00 a.m. |

| | | |
|---|---|---|
| 1 | DATED: December 6, 2017 | THE AGUILERA LAW GROUP, APLC |
| 2 | | |
| 3 | | By: /s/ Ha Eun Cho, Esq. |
| | | A. ERIC AGUILERA, ESQ. |
| 4 | | eaguilera@aguileragroup.com |
| | | KARI M. MYRON, ESQ. |
| 5 | | kmyron@aguileragroup.com |
| | | HA EUN CHO, ESQ. |
| 6 | | hcho@aguileraagroup.com |
| 7 | | Attorneys for Plaintiff, THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT |
| 8 | | |
| 9 | DATED: December 6, 2017 | HEROLD & SAGER |
| 10 | | |
| 11 | | By: /s/ Benjamin J. Haeck, Esq. |
| | | ANDREW D. HEROLD, ESQ. |
| 12 | | aherold@heroldsagerlaw.com |
| | | EMILY G. COTTRELL, ESQ. |
| 13 | | ecottrell@heroldsagerlaw.com |
| | | BENJAMIN J. HAECK, ESQ. |
| 14 | | bhaeck@heroldsagerlaw.com |
| 15 | | Attorneys for Defendant, LEXINGTON INSURANCE COMPANY |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.**

DATED: **12/6/2017**          **/s/ John A. Mendez**
                              UNITED STATES DISTRICT COURT JUDGE