ANDREW D. HEROLD, ESQ., SBN 178640
aherold@heroldsagerlaw.com
EMILY G. COTTRELL, ESQ., SBN 239233
ecottrell@heroldsagerlaw.com
DREW P. ROSELL, ESQ., SBN 306524
drosell@heroldsagerlaw.com
HEROLD & SAGER
550 Second Street, Suite 200
Encinitas, CA 92024
Telephone: (760) 487-1047
Facsimile: (760) 487-1067

Attorneys for Lexington Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LEXINGTON INSURANCE COMPANY, a Delaware corporation; DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 2:16-CV-02620-JAM-DB<br><br>**STIPULATION AND ORDER TO CONTINUE DISMISSAL DATE**<br><br>Complaint filed: November 2, 2016 |

Plaintiff THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT ("Travelers") and Defendant LEXINGTON INSURANCE COMPANY ("Lexington") hereby submit the following Stipulation, pursuant to Local Rule 160 of the United States District Court, Eastern District of California, to continue the July 27, 2018 deadline to file settlement/dismissal documents, by approximately thirty (30) days to August 27, 2018, for good cause shown as follows:

WHEREAS, counsel for Travelers filed a Notice of Settlement of the Entire Action on April 24, 2018, advising the Court that the parties had settled the case, were preparing settlement and dismissal documentation, and requested the Court set an order to show cause regarding dismissal no later than 90 days from the date of the filing;

WHEREAS, on April 24, 2018, the Court issued a minute order, setting July 27, 2018 as the

deadline for counsel to file settlement/dismissal documents;

WHEREAS, the parties have worked diligently to prepare the settlement agreement and expect that this will be accomplished in the next 30 days. A brief thirty (30) day continuance of the July 27, 2018 deadline to file settlement/dismissal documents will not prejudice the parties, and there are no additional hearing dates or deadlines before the Court in this action;

NOW THEREFORE, the parties, by and through their respective counsel of record, stipulate and agree as follows:

## **STIPULATION**

The parties stipulate to and request a Court order continuing the dismissal deadline by approximately thirty (30) days, from July 27, 2018 to August 27, 2018.

DATED: July 25, 2018  THE AGUILERA LAW GROUP, APLC

/s/Ha Eun Cho, Esq. (as authorized on July 25, 2018).
A. ERIC AGUILERA, ESQ.
eaguilera@aguileragroup.com
KARI M. MYRON, ESQ.
kmyron@aguileragroup.com
HA EUN CHO, ESQ.
hcho@aguileraagroup.com
Attorneys for Plaintiff, THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

DATED: July 25, 2018  HEROLD & SAGER

/s/Drew P. Rosell, Esq.
ANDREW D. HEROLD, ESQ.
aherold@heroldsagerlaw.com
EMILY G. COTTRELL, ESQ.
ecottrell@heroldsagerlaw.com
DREW P. ROSELL, ESQ.
drosell@heroldsagerlaw.com
Attorneys for Defendant, LEXINGTON INSURANCE COMPANY

**GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.**

DATED: 7/25/2018  /s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE