**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
    eaguilera@aguileragroup.com
Kari M. Myron (SBN 158592)
    kmyron@aguileragroup.com
Ha Eun Cho (SBN 265174)
    hcho@aguileragroup.com
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
Attorneys for plaintiff The Travelers Indemnity Company of Connecticut

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LEXINGTON INSURANCE COMPANY, a Delaware corporation; DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 2:16-CV-02620-JAM-DB<br><br>**STIPULATION AND ORDER OF DISMISSAL OF THE ACTION**<br><br>Complaint filed: November 2, 2016<br>Trial Date: Vacated |

**TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL:**

    IT IS HEREBY STIPULATED by and between the parties to this action, plaintiff THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT and defendant LEXINGTON INSURANCE COMPANY, that the above-captained action be and hereby is dismissed with prejudice, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1). The parties have agreed to waive all fees and costs against each other.

///

///

///

| | | |
|---|---|---|
| DATED: August 27, 2018 | | THE AGUILERA LAW GROUP, APLC |

By: /s/ Ha Eun Cho, Esq.
A. ERIC AGUILERA, ESQ.
eaguilera@aguileragroup.com
KARI M. MYRON, ESQ.
kmyron@aguileragroup.com
HA EUN CHO, ESQ.
hcho@aguileraagroup.com
Attorneys for Plaintiff, THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

DATED: August 27, 2018        HEROLD & SAGER

By: /s/ Drew P. Rosell, Esq. (as authorized on 8/27/18)
ANDREW D. HEROLD, ESQ.
aherold@heroldsagerlaw.com
EMILY G. COTTRELL, ESQ.
ecottrell@heroldsagerlaw.com
DREW P. ROSELL, ESQ.
drosell@heroldsagerlaw.com
Attorneys for Defendant, LEXINGTON INSURANCE COMPANY

## **ORDER**

The stipulation is approved, and the entire action is hereby dismissed with prejudice.

DATED: 8/27/2018        /s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE